STEVEN G. ROSALES
ATTORNEY AT LAW SBN: 222224
LAW OFFICE OF LAWRENCE D. ROHFLING
12631 E. IMPERIAL HWY SUITE C-115
SANTA FE SPRINGS, CALIFORNIA 90670
TEL: (562) 868-5886
FAX: (562) 868-5491

Attorneys for Plaintiff  BARBARA ERITANO

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA ERITANO,<br><br>            Plaintiff,<br><br>     vs.<br><br>JO ANNE B. BARNHART,<br><br>Commissioner of the Social Security Administration,<br><br>            Defendant | Case No.: CIV-F 04-6592 LJO<br><br>STIPULATION FOR EXTENSION OF TIME OF BRIEFING SCHEDULE |

TO THE HONORABLE LAWRENCE J. O'NEILL, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that plaintiff may have an extension of time from June 6, 2005, to and including, July 6, 2005, in which to prepare plaintiff's opening brief in this case, and that all other deadlines are extended accordingly.

///

///

///

This request is made at the request of plaintiff's counsel to allow him to fully reach and brief the issues presented.

DATE: June 28, 2005         Respectfully submitted,

                              LAW OFFICES OF LAWRENCE D. ROHLFING

                              BY: _/s/ Steven Rosales_____
                              Steven G. Rosales
                              Attorney for BARBARA ERITANO

DATE: June 28, 2005         Mc GREGOR W. SCOTT
                              Chief, Civil Division

                              BY: _/s/ Kristi Kapetan_____
                              (as authorized on 6/28/05)
                              Kristi C. Kapetan
                              Assistant United States Attorney
                              Attorneys for Defendant
                              Jo Anne B. Barnhart

IT IS SO ORDERED.

**Dated:   June 28, 2005**         **/s/ Lawrence J. O'Neill**
66h44d                              UNITED STATES MAGISTRATE JUDGE